# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Stephen J. Gillis | ) | Bankruptcy No. 12 B 15356 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor (s) | ) | Judge Eugene R. Wedoff |
|  | ) | |

To:    See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **June 19, 2013,** at the hour of 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Eugene R. Wedoff in Courtroom 744 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Final Decree**, a copy of which is hereby served upon you. You may appear if you so choose.

>                David P. Lloyd
>                David P. Lloyd, Ltd.
>                615B S La Grange Rd.
>                La Grange, IL 60525
>                (708) 937-1264
>                (708) 937-1265 (Fax)

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, La Grange, Illinois, postage prepaid, prior to 5:00 P.M., this 7th day of June, 2013.

>            /s/ David P. Lloyd
>            David P. Lloyd

Service List
In Re: Stephen Gillis
Case 12-15356

Azurea 1, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Cook County Treasurer's Office
Legal Department
118 North Clark Street
Room 112
Chicago, IL 60602-1332

Main Street Acquisition Corp assignee of CHA
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

WELLS FARGO BANK, N.A.
3476 Stateview Blvd.
MAC#X7801-014
FT. MILL, SC 29715-7203

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712-1083

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ADT Security Services
P.O. Box 650485
Dallas, TX 75265-0485

AT&T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6428

American Express
Suite 0002
Chicago, IL 60679

Aurora Emergency
PO Box 5906
River Forest, IL 60305-5906

BACK BOWL I LLC, SERIES C
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Capital One, N.A. (Helzberg Diamonds)
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Chase
3415 Vision Drive
Columbus, OH 43219-6009

Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Bank/Mileage Plus United
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Citicards/Gold AAdvantage
Processing Center
Des Moines, IA 50363-0001

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Cook County Treasurer
118 N. Clark, Room 112
Chicago, IL 60602-1590

Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dreyer medical
1870 West Galena Blvd
Aurora, IL 60506-4387

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

HSBC/Helzberg Diamonds
P.O. Box 60107
City of Industry, CA 91716-0107

Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0001

Interval Servicing
3363 W Commercial Blvd
Suite 202
Fort Lauderdale, FL 33309-3453

Main Street Acquisition Corp., assignee
of CHASE BANK USA, N. A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

New Century Federal Credit Union
291 Springfield Av.
Joliet, IL 60435-6509

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439-0846

PNC Bank
P.O. Box 856177
Louisville, KY 40285-6177

PNC Bank
P.O. Box 94982
Cleveland, OH 44101-4982

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Printers 401K
14323 S Outer Forty Drive
Suite 210S
Chesterfield, MO 63017-5767

Provena Mercy Center
77 N Airlite
Elgin, IL 60123-4912

Ruffled Feathers Prop. Owners Assn
P. O. Box 186
Orland Park, IL 60462-0186

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target National Bank
P.O. Box 660170
Dallas, TX 75266-0170

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mills, SC 29715-7200

Wells Fargo Home Mortgage
P.O. Box 5296
Carol Stream, IL 60197-5296

Woods Landscape Inc.
3 Firethorn Court
Lemont, IL 60439-7743

Portfolio Recovery Assoc., LLC
c/o Chase Bank USA, N.a.
PO Box 41067
Norfolk, VA 23541

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Stephen J Gillis
22 Loblolly Court
Lemont, IL 60439-7744

Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

Direct TV
P.O. Box 9001069
Louisville, KY 40290

Azurea I, LLC
c/o Weinstein & Rilery, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

eCast Settlement Corporation
c/o Bass & Assoc., P.C.
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ 85712-1083

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Stephen J. Gillis | ) | Bankruptcy No. 12 B 15356 |
| | ) | Chapter 11 |
| | ) | |
| Debtor (s) | ) | Judge Eugene R. Wedoff |
| | ) | |

**MOTION FOR FINAL DECREE**

NOW COME the Debtor, Stephen J. Gillis, by and through his attorneys, David P. Lloyd, Ltd., and move this honorable Court to close this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on April 16, 2012. The Debtor's Plan was confirmed on March 28, 2013. The Plan provides for payment of a 10% dividend to general unsecured creditors over a five-year period, and payment in full of the priority tax claim at 18% interest, to be paid over a five-year period until payment in full. The Plan also provides payment of secured claims under their original contractual terms.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. The initial payment to general unsecured creditors has been made pursuant to the confirmed Plan.

4. Evidence of the payments of the above will be filed as an exhibit prior to the hearing date of this motion.

5. Said payments constitute substantial consummation of the confirmed Plan and this case should now be closed.

6. Pursuant to Section 1141(d)(5)(A) of the Bankruptcy Code, the Debtor will not be

entitled to a discharge until completion of all payments under the Plan. However, judicial economy will not be served by keeping this case open until the five-year period for paying general unsecured claims has passed. In addition, the Debtor should not be required to make quarterly payments to the United States Trustee during the five-year period, in which no action will be required by the Debtor, the Court, or the United States Trustee.

      7. The case should be closed in the interest of the Court and all parties, with leave to reopen the case upon completion of payments for the entry of a discharge.

      WHEREFORE the Debtor prays that the Court direct the Clerk of the Court to close the case, with leave to reopen the case for the sole purpose of entering a discharge upon completion of all payments to general unsecured creditors under the confirmed Plan, or otherwise as provided by Section 1141(d)(5).

                                                Respectfully submitted,
                                                Stephen J. Gillis


                                                By:_____/s/ David P. Lloyd_____
                                                     One of its attorneys

David P. Lloyd
David P. Lloyd, Ltd.
615B S LaGrange Rd
LaGrange, IL 60525
(708) 937-1264
(708) 937-1265 (Fax)