UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-15356 |
| Stephen J. Gillis | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor(s) | ) | |

### FINAL DECREE

THIS CAUSE coming to be heard on the Debtor's motion to close case, due notice having been given to all parties in interest, and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. A final decree is hereby entered.

2. This Chapter 11 case is hereby closed.

3. The Debtor is granted leave to reopen this Chapter 11 case in order to obtain a discharge after payment of unsecured creditors is complete.

4. The debtor shall pay all fees owing to the United States trustee on or before July 10, 2013.

Enter: *[signature]*

Dated: 6/27/13

United States Bankruptcy Judge

**Prepared by:**
David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525
(708) 937-1264
(708) 937-1265 (Fax)

Rev: 20130103_bko